UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 07-14065-CR-MARTINEZ/LYNCH(s)

UNITED STATES OF AMERICA

       Plaintiff,

vs.

SERGIO VILLEGAS-ORTIZ,

       Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Order of Reference from District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on November 15, 2007. A Report and Recommendation was filed on November 20, 2007, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a *de novo* review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety. The Defendant is adjudged guilty to the sole Count of the Superseding Indictment which charges the Defendant with possession with intent to distribute methamphetamine in excess of 50 grams, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(viii).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6 day of December, 2007.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office